FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
01/17/2023
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Civil Action No: 18CV50 removed

Alyssa Chrystie Montalbano, Individually

Plaintiff

v.

James Corey Goode, Individually

Defendant

-----

Thomas D. Seaman, Individually and dba
ALPINE JUDGMENT RECOVERY;

Third-Party Plaintiffs

James Corey Goode, Individually

Counter-Claimant

v.

Alyssa Chrystie Montalbano, Individually

Third-Party Defendant, Counter-Defendant

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and (c); and 1446; and Colo.R.Civ.P. Rule 6 (FRCP 6); Defendant Alyssa Chrystie Montalbano, pro se litigant on her own behalf, hereby gives Notice of Removal of Mesa District Civil State Court case 18CV50, to Denver Federal Court, and as grounds for removal states as follows:

## I.      TABLE OF CONTENTS COURT DOCUMENTS

### Federal Court Case 1:20-CV-00742-DDD-KLM ("00742") Filed Documents

1.  Federal Court admitted Amended Complaint Plaintiff James Corey Goode

    – Docket 111

2.  Federal Court Complaint Exhibits (11) Plaintiff James Corey Goode –  Docket 1

    1)  Exhibit A - Sphere Being Alliance Trademark
    2)  Exhibit B - IP Infringement Letter Goode, Yanaros, and GAIA
    3)  Exhibit C
    4)  Exhibit D
    5)  Exhibit E
    6)  Exhibit F
    7)  Exhibit G
    8)  Exhibit H
    9)  Exhibit I
    10) Exhibit J
    11) Exhibit K

3.  Federal Court Summons Executed Judicial Defendants (Flynn, Gomez, Grove, Terry

    and Campbell) – Docket 177)

4.  Federal Court admitted Answer and Amended Counterclaims Defendant

    Alyssa Chrystie Montalbano – Docket 217

5. Federal Court Complaint Exhibits (25) Defendant Montalbano - Docket 121

1) Lorie Fake Law Firm Address

2) Donation Scams

3) Goode Claims

4) David Wilcock Resignation letter

5) Defamation Dark Alliance

6) CG Psychic Wars and MiLab age 6

7) Ascension Plan $333

8) CG Medvedich Stalker Email

9) CIA BLUEBIRD

10) RM - Avian Group

11) CIA Telepathic Behavior Modification

12) CIA Anomalous Cognition in Lucid Dreams

13) CIA Psychic Warfare

14) CIA Memorandum for General Haig Psywar

15) Patent Samples – Nervous System Manipulations

16) Microsoft Patent "Cryptocurrency System Using Body Activity Data" WO 2020 060606 A1

17) S.A.T.A.N. and C.H.R.I.S.T. Artificial Intelligence remote frequency assaults

18) PLAC (Pre-Litigation Affidavit Complaint)

19) CG Trust Fund Threat Sleep and Waking States

20) Shaman EPD art CG event

21) Defamation

22) Occult Priestess – DW no more dream visions

23) ES Fake Lab Photo

24) Flynn Orders January 29, 2020 and Constitutional Rights Denial

25) Copyrights – Montalbano

6. Original State Court Complaint and Exhibits – Docket 247-12

7. Amended State Court Complaint – Docket 338-2

8. State Court Judgment – Docket 325-2

9. Federal Court pending amended RICO Claim and Exhibits, Montalbano – Docket 308

    a. Motion Amend RICO

    b. RICO redline

    c. RICO Clean

    d. Smith Lab Photo Fraud

    e. Teresa Yanaros and Goode coworkers

    f. Teresa Yanaros and Montalbano Text Messages

    g. Goode Lawsuits for Donations

    h. Darling v. Goode stalking complaint (DC-14-04807)

    i. Salla Book – Goode space alien SSP frauds

    j. VIDEO Exhibit Nichols[1]

    k. Spaceship art used by Goode

    l. VIDEO Howe

    m. Bonnie Meyers Blue Bird Alien Book

    n. VIDEO clips Brain Computer Experts

    o. Wilcock and Smith Donation Fraud

    p. Cohen exposes Smith as Con Artist

---

[1] Video Exhibits are already filed in case 1:20-CV-00742-DDD-KLM and contained in the Denver Federal Courthouse and will not be refiled as traditional video exhibits in this case unless requested to do so, however a copy of all traditionally submitted videos will be delivered to Mr. Seaman/AJR. Mr. Goode and his counsel Ms. Yanaros already have a copy of the videos from related federal case 1:20-CV-00742-DDD-KLM.

NOTICE OF REMOVAL                                                         Page **4** of 17

10. Federal Court pending Amended Deprivation Rights Claim, Montalbano
    – Docket 315

    a. Motion Amend Deprivation Rights

    b. Deprivation Rights Clean

    c. Deprivation Rights Redline

    d. Mesa Court Exhibits AQ-AY,

    e. Mesa Court Motions and Defamation Ex. AM, AO, AP, March 25, 2019

    f. Mesa Court Complaint and Exhibit AR-AY, August 2, 2019

    g. Mesa Court Motion Rule on Motions, September 9, 2019

    h. Mesa Court Exhibits CK-CO

    i. Mesa Court Motion Impose Sanctions, December 11, 2018

    j. Mesa Court Motion Scheduling Hearing, December 11, 2018

    k. Mesa Court 2nd Motion Claim Constitutional Rights, February 12, 2020

    l. Mesa Court Motion Injunctive Relief, December 27, 2018

    m. Mesa Court Motion Recuse Flynn, February 12, 2020

    n. Mesa Court Notice Disqualification Flynn, August 21, 2020

11. Pending Motion Required Joinder – Docket 320

    a. State Court Seaman/AJR Motion Transfer Interest

    b. Flynn order July 20, 2022

    c. ACM Objection Flynn Order

    d. Seaman/AJR 1st Interrogatories

    e. ACM Objection 1st Interrogatories

    f. SOS Seaman/AJR Address

12. Pending Summons Request for Thomas D. Seaman dba ALPINE JUDGMENT
    RECOVERY – Docket 321

13. Pending Emergency Motion Consolidate Cases – Docket 322

**State Court Case 18CV50 Filed Documents**

**14.** State Court Seaman/AJR contract with Goode, dated June 16, 2022.

**15.** Second Motion to Recuse Brian James Flynn, August 25, 2022,

**16.** State Court Notice Disqualification All State Court Judges, filed by Montalbano, November 28, 2022.

**17.** State Court Complaint/2nd Interrogatories Thomas D. Seaman/ALPINE JUDGMENT RECOVERY, process served on Montalbano December 20, 2022.

**18.** Notice Disqualification Judge Chaffin, filed by Montalbano December 29, 2022.

**19.** Pending Motion Recuse Chaffin, filed by Montalbano December 29, 2022.

**20.** State Court Answer and Counterclaims, Document 1, Ex. DD, filed by Montalbano January 3, 2023.

**21.** State Court interrogatories and production of documents request process served on Thomas D. Seaman, January 5, 2023 (Document 1)

**22.** Pending State Court Motion to Quash, filed by Montalbano January 3, 2023

**23.** Pending State Court Motion Protective Order, filed by Montalbano January 3, 2023

**24.** Pending State Court Motion to Dismiss, filed by Montalbano January 3, 2023.

## II.      TIMELY REMOVAL

1. Mesa District Civil State Court, case 18CV50 was originally opened June 25, 2018 by Plaintiff Alyssa Chrystie Montalbano against Defendant James Corey Goode, seeking injunctive relief from defamation and declaratory relief for valuable Trade Secret Intellectual Property. Chief Judge Brian James Flynn was assigned to the case. **(Federal Court filed: State Court Original Complaint – Docket 247-12; and State Court admitted Amended Complaint – Docket 338-2)**

2. March 17, 2020, Denver Federal Court, James Corey Goode opened a federal RICO lawsuit and federal Trademark claim against Montalbano and et.al, involving the same facts from case 18CV50, and filed his Second Amended Complaint in Denver federal court, December 8, 2020. **(Federal Court admitted Amended Complaint –Docket 111)**

3. Chief Judge Brian James Flynn was not a party to the state court case or claims, but became a third-party defendant to Montalbano's pending Denver Federal Court claims in case 1:20-CV-00742-DDD-KLM ("00742") for his malicious deprivation of Montalbano's civil rights in case 18CV50 and for lying while under Oath (perjury).

   **(Federal Court admitted Answer and Counterclaims – Docket 217**

   **Federal Court pending Amended RICO claim – Docket 308;**

   **Federal Court pending Amended Deprivation Rights claim – Docket 315)**

4. December 20, 2022, Mr. Seaman dba ALPINE JUDGMENT RECOVERY ("AJR") served their second amended complaint/interrogatories on Montalbano, for response.

   **(State Court Seaman/AJR Amended Second Complaint/Interrogatories)**

5. These process served, December 20, 2022, "other papers" made it clear case 18CV50 was removable for Seaman/AJR's pursuit of the federally entangled judgment monies and making discovery requests based on the same set of facts and subject matters pending to be heard in the superseding federal case 00742, and in particular (but not limited to) the subject matter including Flynn's state court judgment ($116,600) involving perjury and fraud on the court **(Federal Court filed: Docket 121-24 - January 29, 2020 Orders; Docket 325-2 August 5, 2020 Judgment; and Docket 315 Deprivation Rights Claim).**

6. Pursuant 28 USC 1446(b)(3), a Notice of Removal must be filed within 30 days after service of any **'other paper'** making it clear the case is removable.

7. Pursuant, Colorado Rules of Civil Procedure, Rule 6 (computation of time), the 30 day removal by due date is, Thursday, January 19, 2023.

8. Montalbano has timely removed case 18CV50.

## III.   JURISDICTION

Pursuant 28 USC 1441(c) a state law civil claim may be removed by a defendant for joinder with a federal law civil claim involving constitutional laws or federal statutes. Pursuant Federal Rule of Civil Procedure, Rule 19, a party is required to be joined to a federal case when they have an interest in the same subject of the action and if the parties absence will subject a person to double or inconsistent obligations.

1. Montalbano is a Defendant to Plaintiff Goode's Federal Claims in case 1:20-CV-00742-DDD-KLM ("00742") (opened March 17, 2020), involving Federal RICO statutes, Federal Intellectual Property statutes, and Constitutional Laws. **(Federal Court pending admitted Second Amended Complaint, Goode – Docket 111)**

2. December 22, 2020, federal court Defendant Montalbano filed an Answer and Counterclaims against Plaintiffs James Corey Goode and et. al., also involving RICO counterclaims, Intellectual Property counterclaims, and Constitutional Law counterclaims (to include defamation). **(Federal Court pending admitted Second Amended Counterclaims, Montalbano – Dockets 217, 121 (exhibits); and Pending third Amended claims 308 (RICO); and 315 (Deprivation Rights))**

3. April 6, 2021, Montalbano summoned Chief Judge Brian James Flynn and other officers into Denver Federal Case 00742 as defendants for Deprivation of Rights and civil conspiracy; involving Flynn's fraud on the court January 29, 2020 dismissal orders and fraud August 5, 2020 judgment ($116,600) from case 18CV50. **(Federal Court: Summons Judicial Defendant – Docket 177; and pending Deprivation Rights Claim – Docket 315)**

4. Seaman/AJR are contracted with James Corey Goode for alleged state court judgment debt collection. **(State Court Seaman/AJR and Goode Contract)**

5. August 3, 2022, Montalbano filed a Motion Required Joinder pursuant FRCP 19, in case 00742, to Join Thomas D. Seaman/AJR to the superseding federal case, because

Seaman/AJR are claiming money due based on the same facts and subject matter pending to be heard in the superseding Federal case.

**(Federal Court, pending Motion Required Joinder – Docket 320)**

6. August 5, 2022, Montalbano filed in superseding Federal case 00742 a pending Motion to Stay case 18CV50 and/or Consolidate cases pursuant 28 USC 2283 and FRCP 42(a) and a summons request for Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY, because case 18CV50 has the same Defamation and Intellectual Property facts in dispute and the same people in controversy (Goode, Flynn, Montalbano), and the federal defamation jury verdict will directly impact Seaman/AJR/Goode's ability to collect on the state court judgment; and whereby Flynn lied in case 18CV50 no defamation was shown in print or broadcast when it was shown to him from YouTube, Reddit, Twitter, Facebook and more, and the same defamation claim is pending to proceed to federal trial and will show both that Goode defamed Montalbano and that Flynn lied he didn't; and the defamation protection order will directly impact Seaman/AJR's discovery rights, and the federal court must protect its superseding jurisdictional rights and consolidate the actions. **(Federal Court: pending summons request Seaman/AJR – Docket 321; and pending Emergency Motion Consolidate cases – Docket 322)**

7. August 25, 2022, Montalbano filed a Second Motion to Recuse Chief Judge Brian James Flynn from case 18CV50, due to him being a defendant to Montalbano's pending Federal claims in case 00742 and continuing to enter unconstitutional orders to further unlawfully damaged Montalbano. **(State Court Motion Recuse Flynn)**

8.  At some point, Judge Timbreza was assigned to case 18CV50, then placed on suspension by the Judicial Commission. Then at some point Judge Jeremy L. Chaffin was assigned to case 18CV50.

9.  November 28, 2022, Montalbano filed a Notice of Disqualification of all Judges in the State Court, due to the Chief Judge being a defendant to Montalbano's pending claims in the superseding Federal Case. **(State Court Notice Disqualification)**

10. December 20, 2022, Seaman/AJR process served their second amended state court complaint/interrogatories on Montalbano for response within 14 days. **(State Court Seaman/AJR Second Complaint/Interrogatories)**

11. Seaman/AJR were not original parties in case 18CV50, and are Third-Party Plaintiffs.

12. Montalbano has no contract with Seaman or AJR.

13. Mr. Seaman/AJR are claiming monetary rights and discovery rights that involve the same fraud judgment monies in dispute in the superseding Denver Federal Court case 00742, because they are contracted with Goode. **(State Court Seaman/AJR and Goode Contract; and Federal Court Deprivation Rights Claim - Docket 315; and Defamation Claim – Docket 217)**

14. Montalbano is a Third-Party Defendant to Third-Party Plaintiff Thomas D. Seaman doing business as ("dba") ALPINE JUDGMENT RECOVERY's ("AJR") Second Amended Complaint/Interrogatories judgment claims.

15. December 29, 2022 Montalbano filed in State Court case 18CV50:

   a. **Notice Disqualification Judge Chaffin for Fraud on the Court**

   b. **Motion to Recuse Judge Chaffin for Fraud on the Court**

16. January 3, 2023, state court Third-Party Defendant Montalbano filed an Answer and Counterclaims against Third-Party Plaintiff Seaman/AJR; that involves the same facts and subject matter in the superseding Federal Case.

   **(State Court Answer and Counterclaim, Document 1, Exhibit DD)**

17. January 3, 2023 Montalbano also filed in State Court case 18CV50:

   a. **Motion to Quash**

   b. **Motion for Protective Order**

   c. **Motion to Dismiss Seaman/AJR Complaint**

18. January 5, 2023 Montalbano process served on Seaman/AJR another demand for validation of debt pursuant federal Fair Debt Collection Practices Act §809 and §807; and Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Amendment VII. **(Document 1, and POS Document 1)**

19. Jurisdiction is proper in the Federal Court because Montalbano has suffered deprivation of rights (42 USC 1983) and injuries as a result of Chief Judge Brian James Flynn breaking Colorado Constitution, Bill of Rights, Sections 10 and 23; and United State Constitution, Article I, Section 8, Clause 8; and Amendment VII in case 18CV50 (perjury and fraud on the court); whereby Brian Flynn lied in dismissal orders Montalbano's Intellectual Property did not exist and lied Montalbano did not

show defamation. These facts are the same facts and subject matter pending to be heard in the superseding federal case 00742.

20. Montalbano has a pending to proceed to trial by jury Defamation claim against James Corey Goode, involving the same set of Defamation facts that Brian James Flynn lied in case 18CV50, January 29, 2020 dismissal orders, were not shown to him. The defamation claim is a Constitutional Law matter pursuant Colorado Constitution, Bill of Rights, Section 10. **(Federal Court Dockets: 217 (Defamation Claim) and 315 (Deprivation Rights))**

21. Pursuant 28 USC 1331 Constitutional laws are federal jurisdiction matters.

22. The Intellectual Property ("IP") disputes are also Federal statutory matters under Trade Secret Statutes (18 USC 1832, Defend Trade Secret Act) Copyright Laws (Title 17), and Trademark laws (15 USC 1114 and 1125(a) and 28 USC 1338) and are the same IP matters Montalbano sought declaratory relief for in state court case 18CV50, and the state court case IP matters must also be consolidated with the superseding Federal case 00742.

23. The fraud disputes involve federal RICO statutes, 18 USC 1961, 1962, and 1964(c), which surround the same IP from case 18CV50; and that Flynn lied didn't exist in his January 29, 2020 dismissal orders and the state court case and new parties therein (Seaman/AJR) must be joined to the superseding federal case (00742).

24. The federal court has jurisdiction over the fraud debt collection practices of Seaman/AJR under federal law, Fair Debt Collection Practices Act §807 and §809, whereby Seaman/AJR have never verified a lawful judgment debt exists for collection against Montalbano.

25. The Superseding Federal case 00742 has jurisdiction over the related tort claims under 28 USC §1367(a), which includes Seaman/AJR's alleged money and discovery claims, and Montalbano's civil tort claims against Seaman/AJR.

26. The jury's verdict in federal case 1:20-CV-00742-DDD-KLM and final judgment entered regarding any of Montalbano's pending claims against Counter-Defendant Goode and Third-Party Defendant Flynn, will directly impact Seaman/AJR's discovery rights and ability to collect on the alleged state court judgment against Montalbano.

27.  Without Seaman/AJR being joined to the federal case, pursuant FRCP 19, continued inconsistent, multiple, and/or double obligations will be place on Montalbano.

## IV.    VENUE

Venue is proper in the Denver Federal Court for the following:

1.  The Deprivation of Rights claim is pending against Chief Judge Brian James Flynn in Denver Federal Court, case 1:20-CV-00742-DDD-KLM, under 42 USC 1983 and pursuant 28 USC 1391(e) the Federal Court is the proper venue for the related claims of Seaman/AJR. **(Federal Court Summons Executed Judicial Defendants – Docket 177)**

2.  Mr. Seaman/AJR are pending to be joined to the superseding federal action, pursuant FRCP 19, for claiming an interest in the same subject matter in the superseding federal case 1:20-CV-00742-DDD-KLM, and the Federal Court is the proper venue.

3.  Under 28 USC 1391(b) the Federal Court has jurisdiction pursuant Colo. Rev. Stat. 13-1-124(1) because Plaintiffs Seaman/AJR transact business within the state of Colorado and have committed tortious acts within the state of Colorado and acts in violation of the federal Fair Debt and Collection Practices Act (FDCPA) §807 and §809, and have contracted with Mr. James Corey Goode in Colorado for the same subject matters involved in the superseding federal lawsuit that will directly impact Seaman/AJR's ability to collect on state court $116,600 judgment or perform discovery requests of Montalbano.

4.  Seaman/AJR filing their complaint claims in case 18CV50, alleging claims concerning the same subject matter and facts as those pending in Denver Federal Court, case 1:20-CV-00742-DDD-KLM against Chief Judge Flynn, Mr. Goode, and et. al.; third-party plaintiffs Seaman/AJR have consented to venue in the Federal United States District Court.

5.  Venue in Denver Federal Court is also proper under 28 USC 1391(a), (b), (c), because, upon information and belief, Seaman resides in the state of Colorado and AJR's principle place of business is in Colorado, and a substantial part of the events or omissions giving rise to Montalbano's claims occurred in the state of Colorado. **(Federal Court Summons Request Seaman/AJR Docket 321;  and POS Document 1)**

## V.    REMOVAL PROCEDURES

6.  Pursuant 28 USC 1446(a) Montalbano has given the federal court Pro Se Email Clerks the following required initiating documents to file in this case:

   a.  Notice of Removal
   b.  Civil Cover Sheet
   c.  State Court Complaint/Interrogatories by third-party plaintiffs Seaman/AJR
   d.  State Court Answer and Counterclaims, Document 1, Exhibit DD, by third-party defendant, Montalbano
   e.  POS Document 1 – Interrogatories/Production Documents

   All remaining and cited documents will be filed within fourteen (14) days of the filing of this Notice of Removal per local rule D.C.COLO.LCivR 81.1(b).

7.  Pursuant to 28 USC 1446(d), a copy of the Notice of Removal will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the Mesa District Civil Court, Mesa County, State of Colorado.

## VI.    CONCLUSION

**WHEREFORE,** for all the aforementioned facts, cases, laws, and reasons, this Denver Federal Court is the proper jurisdiction and venue for Mr. Seaman/AJR's judgment claims and discovery requests against Montalbano; and pursuant FRCP 19(a), Mr. Seaman/AJR must be joined with the superseding pending Denver Federal Court case 1:20-CV-00742-DDD-KLM, so as not to create further inconsistent, multiple, and/or double obligations on Montalbano from his continued absence in the federal case.

Respectfully Submitted and All

Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

American Citizen, Defendant

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 17th day of January 2023 a copy of the foregoing Notice of Removal and Initiating Documents were filed with the clerk of the Federal Court via Pro Se filer email at COD_Prose_filing@cod.uscourts.gov, and a true and correct copy were delivered by first class United States Postal Service mail with tracking upon the following pro se parties:

**Mr. James Corey Goode**
1140 US Highway 287
Suite 400-266
Broomfield, CO 80020

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen