# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No: 1:23-CV-00145-RM-GPG**

Alyssa Chrystie Montalbano, Individually

Plaintiff

v.

James Corey Goode, Individually

Defendant

-----

Thomas D. Seaman, Individually and dba
ALPINE JUDGMENT RECOVERY;

Third-Party Plaintiffs

James Corey Goode, Individually

Counter-Claimant

v.

Alyssa Chrystie Montalbano, Individually

Third-Party Defendant, Counter-Defendant

# NOTICE RELATED CASE

Pursuant to D.C.Colo.L.CivR 3.2, Plaintiff and Defendant Alyssa Montalbano, respectfully files this Notice of Related Case, to advise the Court that the above captioned case is related to the following pending federal action:

1. Goode v. Montalbano and et. al., 1:20-CV-00742-DDD-KLM, United States District Court, Denver, Colorado, originally filed March 17, 2020.

Dated this 21st day of January 2023.

        Respectfully Submitted and All Rights Reserved,

        */s/ Alyssa Chrystie Montalbano*

        American Citizen, Plaintiff and Defendant

        970.250.8365
        2536 Rimrock Ave
        Suite 400-117
        Grand Junction, CO 81505
        E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 21st day of January 2023 a copy of the foregoing Notice Related Case was filed with the Federal Court via the CM/ECF filing system, and a true and correct copy were delivered by first class United States Postal Service mail with tracking upon the following pro se parties:

**Mr. James Corey Goode**
1140 US Highway 287
Suite 400-266
Broomfield, CO 80020

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen