# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No: 1:23-CV-00145-RM-GPG**

Alyssa Chrystie Montalbano, Individually

**Plaintiff**

v.

James Corey Goode, Individually

**Defendant**

Thomas D. Seaman, Individually and dba
ALPINE JUDGMENT RECOVERY;

James Corey Goode, Individually

**Counter-Defendants**

Alyssa Chrystie Montalbano

**Counter Claimant**

v.

Thomas D. Seaman

**Counter Defendant**

# ALYSSA MONTALBANO
# RESPONSE TO MINUTE ORDER [#79]

Montalbano files this RESPONSE TO MINUTE ORDER at Docket 79, and states as follows:

Montalbano apologizes for filing so many dockets and will cease from doing so until instructed otherwise, and states they were being filed pursuant D.C.COLO.LCivR 81.1, as they are all the pending motions, replies, responses, and related briefs to the complaints and pending motions [3, 13, 14, 15, 18, and 20], and it was understood they must be filed within 14 days of removal (January 31, 2023). Nothing further will be filed regarding the removed case dockets except a single certificate of service stating the docket were served, unless ordered to do otherwise. Again, apologies.

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

American Citizen, Plaintiff and Defendant

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of January 2023 a copy of the foregoing **RESPONSE TO MINUTE ORDER 79**, was filed with the Federal Court via the CM/ECF filing system, and a true and correct copy were delivered by first class United States Postal Service mail with tracking upon the following pro se parties:

**Mr. James Corey Goode**
1140 US Highway 287
Suite 400-266
Broomfield, CO 80020

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432


/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen