# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70191640000193586820

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 2:57 pm on August 4, 2022 in RIDGWAY, CO 81432.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
RIDGWAY, CO 81432
August 4, 2022, 2:57 pm

**Available for Pickup**
RIDGWAY, CO 81432
August 4, 2022, 9:48 am

**Arrived at Post Office**
RIDGWAY, CO 81432
August 4, 2022, 8:10 am

**Departed USPS Regional Facility**
GRAND JUNCTION CO DISTRIBUTION CENTER
August 4, 2022, 4:07 am

**Arrived at USPS Regional Facility**
GRAND JUNCTION CO DISTRIBUTION CENTER
August 3, 2022, 8:07 pm

- **USPS in possession of item**
  GRAND JUNCTION, CO 81507
  August 3, 2022, 2:37 pm

- Hide Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

Please enter a tracking number.

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70191640000193586790

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 2:34 pm on August 8, 2022 in RIDGWAY, CO 81432.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**
RIDGWAY, CO 81432
August 8, 2022, 2:34 pm

**Available for Pickup**
RIDGWAY, CO 81432
August 8, 2022, 11:08 am

**Arrived at Post Office**
RIDGWAY, CO 81432
August 8, 2022, 7:02 am

**Departed USPS Regional Facility**
GRAND JUNCTION CO DISTRIBUTION CENTER
August 8, 2022, 1:21 am

**Arrived at USPS Regional Facility**
GRAND JUNCTION CO DISTRIBUTION CENTER
August 6, 2022, 9:30 pm

- **USPS in possession of item**
  GRAND JUNCTION, CO 81507
  August 6, 2022, 11:28 am

- **Hide Tracking History**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less ⌃

### Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**