# STATE OF WYOMING ✳ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| **Name** | Ari Stone Art LLC | | |
| **Filing ID** | 2013- ▇▇▇▇▇▇ | | |
| **Type** | Limited Liability Company | **Status** | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 11/19/2013 10:32 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

30 N. Gould St.
Ste. N
Sheridan, WY 82801

**Mailing Address**

30 N. Gould St.
Ste. N
Sheridan, WY 82801

**Registered Agent Address**

Northwest Registered Agent Service Inc
30 N Gould St Ste N
Sheridan, WY 82801

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Northwest Registered Agent Service, Inc |

### Notes

| Date | Recorded By | Note |
|---|---|---|