DENVER CO 802
31 JAN 2023 PM 3 L

US POSTAGE $00.60
JAN 31 2023
ZIP 80501
0801 1053528

Mesa County Court
Mesa County Justice Center
125 North Spruce Street
Grand Junction CO 81501 United States



ALYSSA-CHRYSTIE MONTALBANO
2536 RIMROCK AVE SUITE 400-117     1-20-1015
GRAND JUNCTION CO 81505

```
To:        Alyssa-Chrystie  Montalbano


Subject:   Service of documents in 2018CV50.

You are being served with documents filed electronically through the
Colorado Courts E-Filing system.  Please review the following details
concerning this service.

    *  Court Location: Mesa County
    *  Case Number: 2018CV50

    *  Filing ID: N/A
    *  Filed Document Title(s):
       *  NRR: Response
    *  Submitted on Date/Time: Wed Jan 25 18:30:07 MST 2023
    *  Submitted by Authorizing Organization:
    *  Submitted by Authorizing Attorney: Mesa County  Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.
```

| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501<br>**Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO et al.<br>v.<br>**Defendant(s)** JAMES COREY GOODE | DATE FILED: January 25, 2023<br><br>⚠ COURT USE ONLY ⚠<br>Case Number: 2018CV50<br>Division: 5    Courtroom: |
|---|---|
| **NRR: Response** | |

The motion/proposed order attached hereto: ACTION TAKEN.

Notice of removal has been filed in this matter. Generally, "removal of an action to federal court divests the state court of jurisdiction while the removal petition is pending in federal court." *McDonald v. Zions First Nat'l Bank*, 2015 COA 29, ¶ 15, 348 P.3d 957, 961. However, a Colorado court is not deprived of jurisdiction when the notice of removal indicates, on its face and as a matter of law, that the party's attempt to remove the case was without the slightest color of right or merit. *Id.*

The parties are directed to submit supplemental briefing with 14 days on whether the Court retains jurisdiction at this point to address any pending matters.

Issue Date: 1/25/2023

*/s/ JCLF*

JEREMY L CHAFFIN
District Court Judge

| | |
|---|---|
| ☐County Court ☐District Court<br>Mesa County, Colorado<br>Court Address:<br>125 N. Spruce Street<br>Grand Junction, CO 81505<br>(970) 257-3625 | **JAN 2 0 2023** |
| Plaintiff(s)/Petitioner(s):<br><br>ALYSSA-CHRYSTIE MONTALBANO<br><br>v.<br><br>Defendant(s)/Respondent(s):<br><br>JAMES COREY GOODE | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br><br>Thomas D. Seaman DBA Alpine Judgment Recovery<br>PO Box 1002<br>Ridgway, CO 81432<br><br>Phone Number:(844) 258-2770   E-mail:<br>FAX Number:            Atty. Reg. #: | Case Number: 18 CV 50<br><br>Division 5   Courtroom |

**JUDGMENT CREDITOR'S RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Following is Judgment Creditor's Response to Plaintiff's Motion for Protective Order:

On January 3, 2023, Plaintiff Montalbano ("Plaintiff") filed a Motion for Protective Order. On January 11, 2023, the Court denied Plaintiff's Motion in Part and provided Thomas D. Seaman DBA Alpine Judgment Recovery ("AJR") 14 days to file a response as to whether or not an Order requiring AJR not to disclose any information divulged by Plaintiff to Defendant Goode would prejudice AJR in any way.

AJR objects to an Order requiring AJR not to disclose Plaintiff's information to Defendant Goode on the following grounds:

1) Plaintiff has not requested that AJR not disclose Plaintiff's information to Defendant Goode;
2) Plaintiff has not provided any basis on which to make such a request;
3) Defendant Goode is AJR's client with respect to enforcing his Judgment against Plaintiff. Defendant Goode has extensive knowledge about Plaintiff due to his

longevity in this case. As such, Defendant Goode may be able to provide additional information about Plaintiff that may be useful to AJR in enforcing the Judgment. Therefore, AJR may well be prejudiced should the Court order AJR not to disclose Plaintiff's information to Defendant Goode.

4) Defendant Goode has engaged the legal services of Attorney Valerie Yanaros to defend him in this case and, subsequently, to assist in the enforcement of the Judgment that was awarded to him. Thomas D. Seaman, Owner of AJR, is not an attorney. AJR has had extensive discussions with Attorney Yanaros regarding this case and, specifically, regarding the Judgment. Attorney Yanaros is considering whether or not to represent AJR going forward should such representation a) assist AJR in enforcing the Judgment, and b) be necessary to defend against legal actions brought by Plaintiff against AJR. Therefore, if AJR were precluded from sharing information with Defendant Goode, and if that preclusion extended to sharing information with Defendant Goode's attorney, Valerie Yanaros, AJR would be severely prejudiced.

Now therefore, based on the foregoing, I request the Court not to order AJR not to disclose Plaintiff's information to Defendant Goode. I further request that a hearing be scheduled for Plaintiff to be compelled to answer charges of Contempt of Court for failure to complete the Interrogatories, together with the required attachments, that were served on her on December 20, 2022.

Date: 1-19-23

Thomas D. Seaman, Owner
Alpine Judgment Recovery
PO Box 1002
Ridgway, CO 81432
(844) 258-2770

## CERTIFICATE OF SERVICE

I certify that on <u>January 19, 2023</u> true and accurate copies of the <u>JUDGMENT CREDITOR'S RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER</u> were served on the other parties by:

☐ Hand Delivery, ☐ E-filed, ☐ Faxed to this number _____, **or**

☒ by placing them in the United States mail, postage pre-paid, and addressed to the following (include name and address):

To:   James Corey Goode
      1140 US Highway 287, Suite 400-266
      Broomfield, CO 80020

      Alyssa-Christie Montalbano
      2536 Rimrock Ave., Suite 400-117
      Grand Junction, CO 81505

_____
☒ Petitioner/Plaintiff or ☐ Respondent/Defendant

Attachment to Order - 2018CV50