|  |  |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, February 15, 2023 4:39 PM |
| **To:** | Mesa.court@judicial.state.co.us |
| **Subject:** | Remand Order 23-cv-00145-RM-GPG/2018CV50 |
| **Attachments:** | 23-cv-00145-RM-GPG Document 85 NEF.pdf; 23-cv-00145-RM-GPG Document 85.pdf |

Hello,

Please see the attached NEF and Certified Order for 23-cv-00145-RM-GPG. This matter is remanded to the Mesa County District Court (2018CV50).

Thank you,



Case Administration Specialist

United States District Court of Colorado